## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CRAIG OUTLAW, on his own behalf, and
others similarly situated,

                Plaintiff,

-vs-                                    Case No.  8:05-cv-2279-T-24TBM

IMAGE-IN TECHNOLOGY, INC., a
Florida corporation,

                Defendant.
_____

## **O R D E R**

      This cause comes before the Court for consideration of the Mediator's telephonic notice of settlement.  Having considered the Mediator's telephonic notice, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.  The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

      **DONE AND ORDERED** at Tampa, Florida, this 11th day of May, 2006.

                                                                      SUSAN C. BUCKLEW
                                                                    United States District Judge

Copies to:

Counsel of Record